ACCEPTED
03-15-00341-CV
7301792
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/9/2015 7:05:53 AM
JEFFREY D. KYLE
CLERK

## No. 03-15-00341-CV

In the Third Court of Appeals
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

10/9/2015 7:05:53 AM

JEFFREY D. KYLE
Clerk

**Antioch St. Johns Cemetery Company d/b/a American Memorial Park, Grand Prairie, Texas; Gerald Weatherall; and Beverly Randall-Weatherall,**
Appellants,

**v.**

**Texas Department of Banking Commissioner,**
Appellee.

On Appeal from the 261st Judicial District Court, Travis County Texas
Trial Court Case No. D-1-GN-14-000367

### Appellee's Notice of Substitution of Counsel and Designation of Lead Counsel

1.  COMES NOW, Appellee, Texas Department of Banking Commissioner, pursuant to Texas Rule of Appellate Procedure 6.1(c), and file this Notice of Substitution of Counsel and Designation of Lead Counsel.

2.  Assistant Attorney General, Ann Hartley, is replacing Assistant Attorney General Adam N. Bitter as Lead Counsel for the

Appellee in this matter and is the attorney to receive all communications. Future oral and written communications should be directed to:

> Ann Hartley
> Lead Counsel
> Financial Litigation and Charitable Trusts Division
> State Bar No. 09157700
> P.O. Box 12548, MC 017-6
> Austin, TX 78711-2548
> Telephone: (512) 936-1313
> Facsimile: (512) 477-2348
> Email: ann.hartley@texasattorneygeneral.gov

3. Notice of this designation has been provided to all parties of record, as required by Texas Rules of Appellate Procedure 6.3.

> Respectfully submitted,
>
> KEN PAXTON
> Attorney General of Texas
>
> CHARLES E. ROY
> First Assistant Attorney General
>
> JAMES E. DAVIS
> Deputy Attorney General for Civil Litigation
>
> LESLI G. GINN
> Division Chief, Financial Litigation and
> Charitable Trusts Division

_/s/  Ann Hartley_
ANN HARTLEY
State Bar No. 09157700
Financial Litigation and
  Charitable Trusts Division
P.O. Box 12548, MC 017-6
Austin, TX 78711-2548
Telephone: (512) 936-1313
Facsímile:  (512) 477-2348
ann.hartley@texasattorneygeneral.gov
_Attorneys for Appellee_

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of October, 2015, a true and correct copy of the foregoing ***Appellee's Notice of Substitution of Counsel and Designation of Lead Counsel*** was served on the following attorney(s) of record, via File & Serve Express service and/or as otherwise indicated below:

Kevin S. Wiley, Jr.
LAW OFFICES OF KEVIN S. WILEY, JR.
325 N. St. Paul St., Ste. 4400
Dallas, Texas 75201
kevinwiley@lkswjr.com
_Counsel for Appellants_

_/s/ Ann Hartley_
Ann Hartley